UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO<br>    Plaintiff<br>    v.<br>PREMIUMCAPITALFUND.COM<br>    Defendant. | Civ. Action No. 8:23-cv-00006 (RFR) (SMB) |

**STIPULATED MOTION FOR THIRTY-DAY
EXTENSION PURSUANT TO RULE 6.1(a)(1)**

Pursuant to Nebraska Civil Rule 6.1(a)(1), the parties request defendant be granted an additional thirty days to respond to Plaintiff's complaint.

Defendant's initial date to respond is March 10, 2023.

The revised date to respond would be April 10, 2023.

Respectfully submitted,

February 28, 2023

By: ___s/ Mark L. Javitch___
Mark L. Javitch
3 East 3d Ave. Ste 200
San Mateo, California 94401
Tel: (650) 781-8000
Fax: (650) 648-8000
mark@javitchlawoffice.com
*Attorneys for Plaintiff and the Putative Class*

By: _____
 Adam R. Gonnelli
Law Office of Adam R. Gonnelli LLC
707 Alexander Rd. Bldg 2. Suite 208
Princeton, New Jersey 08540
Tel: (917) 541-7110
adam@arglawoffice.com
*Attorney for Defendant*

(local counsel association pending)

**Certificate of Service**
**L.R. 7.3**

     I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Nebraska by using the CM/ECF system. I certify that I also emailed the following attorneys who are not registered for this case in CM/ECF to:

Adam Gonnelli
Law Office of Adam R. Gonnelli, L.L.C.
707 Alexander Road
Building 2, Suite 208
Princeton, New Jersey 08540
phone: (917) 541-7110
adam@arglawoffice.com

DATED: February 28, 2023        By: s/ Mark L. Javitch